

U.S. Department of Justice

United States Attorney
District of Maryland
Southern Division

RECEIVED IN THE CHAMBERS OF
WILLIAM M. NICKERSON
JUL 3 0 2008
UNITED STATES DISTRICT COURT

Rod J. Rosenstein
United States Attorney

Barbara S. Skalla
Assistant United States Attorney

400 United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770-1249

DIRECT: 301-344-4130
MAIN: 301-344-4433
FAX: 301-344-4516
TTY/TDD: 301-344-2426
Barbara.Skalla@usdoj.gov

July 28, 2008

The Honorable William M. Nickerson
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: U.S. v. Winestock, et al.
        Criminal No. WMN-90-454

Dear Judge Nickerson:

    The government's responses to the pending § 3582(c) motions are currently due. Because responses to all of these motions in this district have been filed for the most part by two AUSA's in our office, I was not aware initially that the Winestock motions would be assigned to me. I would greatly some additional time to become familiar with the materials and collect the relevant data from the very old files. Consequently, I respectfully request an extension of time, until August 8, 2008, by which to file our responses.

                Very Truly Yours,

                Rod J. Rosenstein
                United States Attorney

       By: _____
              Barbara S. Skalla
              Assistant United States Attorney

cc: Denise Barrett, AFPD

            APPROVED THIS 30th DAY
        OF July, 2008
        _____
        SENIOR UNITED STATES DISTRICT JUDGE